UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6648**

———————————

FRANKLIN D. FRAZIER,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,
Parker Evatt, Commissioner; C.J. CEPAK, Warden
at Broad River Correctional Institute; DR.
HOLMES, (Orthopedic) at Byrnes Clinic in
Columbia, South Carolina; LIEUTENANT MAZCK,
Broad River R & E Center; LIEUTENANT KNOWLIN,
Broad River Correctional Institute in official
and individual capacity; CLIFFORD GLOVER; DR.
ELLIOT; LINDA DUNLAP; SUSAN BRETZ; MRS.
WILLIAMS; DR. BOULWARE,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Charles E. Simons, Jr., Senior Dis-
trict Judge. (CA-95-218-3-6BC)

———————————

Submitted: October 3, 1996        Decided: October 10, 1996

———————————

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Franklin D. Frazier, Appellant Pro Se. Daniel Roy Settana, Jr.,
MCKAY, MCKAY, HENRY & FOSTER, Columbia, South Carolina, for
Appellees.

———————————

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Frazier v. South Carolina Dep't of Corrections</u>, No. CA-95-218-3-6BC (D.S.C. Mar. 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>